Argued and submitted January 16, appeals dismissed February 1, opinion withdrawn March 14, 1984 (67 Or App 480)
See 68 Or App 760, 683 P2d 163

STATE OF OREGON,
*Respondent,*

*v.*

WILLIAM R. RUSSO,
*Appellant.*

(CR 81-8-89; CA A26013 (Control))

STATE OF OREGON,
*Respondent,*

*v.*

BARBARA R. FUCHS,
*Appellant.*

(CR 81-8-99; CA A26014)
(Cases Consolidated)

675 P2d 190

Susan B. Jordan, Ukiah, California, argued the cause for appellants. With her on the briefs was Raymond F. Thomas, Portland.

Stephen F. Peifer, Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Dave Frohnmayer, Attorney General, and James E. Mountain, Jr., Solicitor General, Salem.

Before Gillette, Presiding Judge, and Van Hoomissen and Young, Judges.

PER CURIAM

## PER CURIAM

In these consolidated cases, defendants filed their notice of appeal before the trial court entered judgment. The appeals were premature. *See* ORS 138.040.

Appeals dismissed.